**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**TRICIA H.,**
**Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**
**Defendant.**

**Case No. 2:26-cv-217**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on the parties' Joint Motion to Remand. (ECF No. 16.) The Parties move for this matter to be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (*Id.*)

Based on the stipulation of the parties and for good cause shown, the Court **GRANTS** (ECF No. 16) the parties' Joint Motion to Remand. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). This case is reversed and remanded for further administrative proceedings due to deficits in the Administrative Law Judge's evaluation of the medical opinions and the prior administrative medical findings. (ECF No. 16, PageID 3145.) On remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision and instruct the Administrative Law Judge to further consider the medical source opinions and the claimant's residual functional capacity, offer the claimant the opportunity for a hearing, take any further action necessary to complete the administrative record, and issue a new decision for the period prior to October 10, 2020.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

**9/17/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**